| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Robert Boucher and Stephanie Smith Boucher, Debtor(s) | |
| In re:<br><br>    Robert Boucher and<br>    Stephanie Smith Boucher,    Debtor(s) | Case No.: 13-24054<br><br>Chapter 13<br><br>Judge: Hon. Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I, Jasmyn Kocsis, am the secretary/paralegal for Kirsten B. Ennis, who represents the debtor in the above captioned matter.

On September 3, 2014, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Order on Motion to Approve Loan Modification Agreement/Terms

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                    KIRSTEN B. ENNIS, LLC

Date: September 3, 2014                        /S/ Jasmyn Kocsis
                                                 Secretary/Paralegal for Kirsten B. Ennis, Esquire

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Green Tree**<br>**7360 South Kyrene Road, T214**<br>**Tempe, AZ 85283** | **Creditor** | ☐ Hand-delivered<br>☐ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br> (as authorized by the court*) |
| **Albert Russo** | **Chapter 13 Standing Trustee** | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (ECF)<br>☐ Other _____<br> (as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.